David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff,
ELIZABETH BORGES

Robert E. Hess, SBN 178042
rhess@hinshawlaw.com
Peter J. Felsenfeld, SBN 260433
pfelsenfeld@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

Attorneys for Defendants,
UNUM GROUP AND UNUM LIFE
INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BORGES<br><br>Plaintiff,<br><br>v.<br><br>UNUM GROUP, UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 10<br><br>Defendants. | Case No. 3:18-cv-01482-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Elizabeth Borges, and Defendants, Unum Group and Unum Life Insurance Company of America, that this action be dismissed as to all parties, with prejudice, and in its entirety. The parties reached a formal settlement. Each party stipulates to bear their own attorneys' fees and costs.

IT IS SO STIPULATED

Dated: July 10, 2018              Respectfully submitted,

**DL LAW GROUP**


By:   /s/ David M. Lilienstein
 David M. Lilienstein
 Katie J. Spielman
 Attorneys for Plaintiff Elizabeth Borges

Dated: July 10, 2018              Respectfully submitted,

**HINSHAW & CULBERTSON LLP**


By:   /s/ Robert E. Hess
 Robert E. Hess
 Peter J. Felsenfeld
 Attorneys for Defendants Unum Life and
 Unum Life Insurance Company of America

## ATTESTATION

Pursuant to Civil local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 10, 2018              Respectfully submitted,

**DL LAW GROUP**


By:   /s/ David M. Lilienstein
 David M. Lilienstein
 Katie J. Spielman
 Attorneys for Plaintiff Elizabeth Borges

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation above, **IT IS HEREBY ORDERED** that this action is dismissed, with prejudice, in its entirety.

Dated: July __10__ 2018       By: _____/s/ Richard Seeborg_____
                                  HON. RICHARD SEEBORG
                                  UNITED STATES DISTRICT COURT JUDGE